1  LAWRENCE G. BROWN
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748



**FILED**

AUG - 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,       )  Cr. No. S-09-294 MCE
                                    )
12                Plaintiff,        )  STIPULATION AND [PROPOSED]
                                    )  PROTECTIVE ORDER RE:
                                    )  DISSEMINATION OF DISCOVERY
13        v.                        )  DOCUMENTS CONTAINING PERSONALLY
                                    )  IDENTIFYING INFORMATION
14  JONAH HANNEKE NELSON,           )
                                    )
15                                  )
                  Defendant.        )
16                                  )
                                    )

    IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America, and Michael Petrik, Esq., Assistant Federal Defender, representing defendant Jonah Hanneke Nelson, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with bank fraud and aggravated identity theft. The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness names, social security numbers, driver license numbers, dates of birth, addresses, telephone numbers, and email addresses. This

**United States v. Nelson, Cr. No. S-09-294 MCE**
**Stipulated Protective Order**

1  Protective Order extends to all documents provided in this case,
2  including those concerning conduct not directly charged in the
3  indictment.

4      By signing this Stipulation and Protective Order, defense
5  counsel agrees not to share any documents that contain Protected
6  Information with anyone other than defense counsel and his/her
7  designated defense investigators and support staff.  Defense
8  counsel may permit the defendant to view the documents in the
9  presence of his attorney or defense investigators, so long as
10 defense counsel and the defense investigators do not allow the
11 defendant to copy Protected Information contained in the discovery,
12 and defense counsel and the defense investigators do not allow the
13 defendant to retain copies of these records.

14     In the event that the defendant substitutes counsel, undersigned
15 defense counsel agrees to withhold documents containing Protected
16 Information from new counsel unless and until substituted counsel
17 agrees also to be bound by this order.

DATE: 8/3/09

_____
Michael Petrik
Attorney for JONAH HANNEKE NELSON

DATE: 8/6/09

LAWRENCE G. BROWN
United States Attorney

By: _____
RUSSELL L. CARLBERG
Assistant U.S. Attorney

**United States v. Nelson, Cr. No. S-09-294 MCE**
**Stipulated Protective Order**

2

[PROPOSED] ORDER

For good cause shown, the stipulation of counsel in criminal case no. S-09-294-MCE concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: 8.6.09

_____
Hon. MORRISON C. ENGLAND, JR.
United States District Judge

**United States v. Nelson, Cr. No. S-09-294 MCE**
**Stipulated Protective Order**

3