```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    JONAH HANNEKE NELSON
 7
```

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,     ) No. 09-cr-00294 MCE
                                  )
11             Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                  ) STATUS CONFERENCE TO NOVEMBER 5,
12       v.                       ) 2009, AT 9:00 A.M.
                                  )
13  JONAH HANNEKE NELSON,         ) Date:  September 10, 2009
                                  ) Time:  9:00 a.m.
14             Defendant.         ) Judge: Hon. Morrison C. England
    _____ )
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Russell

17 L. Carlberg, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Nelson, that the Court should vacate the status

19 conference scheduled for September 10, 2009, at 9:00 a.m., and reset it

20 for November 5, 2009, at 9:00 a.m.

21      Counsel for Mr. Nelson requires the continuance in order to review

22 discovery fully, and to become familiar with the issues this case

23 presents.  The parties are in the midst of plea negotiations.

24 ///

25 ///

26 ///

27

28                                    1

1      It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through November 5,
3  2009, when it computes the time within which the trial of the above
4  criminal prosecution must commence for purposes of the Speedy Trial
5  Act.  The parties stipulate that the ends of justice served by granting
6  Mr. Nelson's request for a continuance outweigh the best interest of
7  the public and Mr. Nelson in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: September 8, 2009                Respectfully submitted,

11                                         DANIEL BRODERICK
                                           Federal Defender
12
                                           /s/ M.Petrik
13                                         _____
                                           MICHAEL PETRIK, Jr.
14                                         Assistant Federal Defender
                                           Attorneys for Defendant
15

16 Dated: September 8, 2009                LAWRENCE G. BROWN
                                           United States Attorney
17
                                           /s/ M.Petrik for Russell L. Carlberg
18                                         _____
                                           RUSSELL L. CARLBERG
19                                         Assistant U.S. Attorney

20

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28                                         2

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 5, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3