UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONAH HANNEKE NELSON,

    Defendant.

_____/

Case No. 2:09-CR-00294-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JONAH HANNEKE NELSON, Case No. 2:09-CR-00294-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $___ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Judgment and Commitment Order on May 22, 2014, the Defendant is to be released on May 26, 2014, by 8:00 a.m., and is directed to report not later than 5:00 p.m., to GeoCare Residential Re-Entry Center, 111 Taylor Street, San Francisco, California 94102. |

Issued at Sacramento, California on May 22, 2014 at 9:30 a.m.

Dated: May 22, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE